IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**TARA DEARBONE,**

      **Plaintiff,**

v.                                                              Case 2:23-cv-02427-JTF-cgc

**UNITED AIRLINES,**

      **Defendant.**

---

### REPORT AND RECOMMENDATION ON UNITED AIRLINES' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO AMEND

---

      Before the Court are Defendant United Airlines' Motion for Summary Judgment (Docket Entry ("D.E.") #20) and Plaintiff Tara Dearbone's *pro se* Motion to Amend (D.E. #21). Pursuant to Administrative Order 2013-05, the instant motions were referred to the United States Magistrate Judge.

      Plaintiff's Motion to Amend states that she incorrectly named United Airlines as the defendant in this case and that she wishes to replace United Airlines as a defendant with United Ground Express, its wholly owned subsidiary. In its Response (D.E. #22), United Airlines concurs that it is not the proper defendant. Accordingly, it is RECOMMENDED that Plaintiff's Motion to Amend be GRANTED, that all claims against United Airlines be deemed as voluntarily DISMISSED by the amendment to the Complaint, and that United Airlines' Motion for Summary Judgment is MOOT.

      **SIGNED** this 31st day of January, 2024.

                                <u>s/ Charmiane G. Claxton</u>
                                CHARMIANE G. CLAXTON
                                UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**